PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Edward Kellison Jr.**

**Docket No. 0:02CR00397-001(DSD)**

**Petition on Supervised Release**

COMES NOW **Dennis E. Bresnahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Edward Kellison, Jr.** who was sentenced for Possession With Intent to Distribute Methamphetamine on November 5, 2003, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from alcohol and other intoxicants
- Drug and alcohol treatment
- Substance abuse testing
- Mental health treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 5, 2008, the defendant submitted a urine sample which tested positive for the presence of methamphetamine. The defendant admitted to using said substance.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 45 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

SCANNED
AUG 26 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 26th day of August, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Dennis E. Bresnahan
U.S. Probation Officer
Telephone: 651-848-1241

Executed on August 25, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission