Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. James Edward Kellison, Jr

Docket No. 0:02CR00397-001

## HEARING WAIVER

I, James Edward Kellison, Jr, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 45 days in a community corrections center as directed by the probation officer, and shall observe the rules of that facility.

Signed: ______________________ Witness: ______________________

James Edward Kellison, Jr

Dated: August 8, 2008